THE HONORABLE STANLEY A. BASTIAN

**UNTIED DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MYRRIAH RICHMOND and RAYMOND ROGERS, individually and on behalf of all others similarly situated, | **Case No. 2:18-cv-00246-SAB** |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT BERGEY PULLMAN, INC. WITHOUT PREJUDICE** |
| BERGEY PULLMAN, INC., a Washington Corporation, MARLU SEA-TAC II, LLC DBA RTM SEA-TAC, LLC AKA RTM SEA-TAC II, LLC, a Washington Limited Liability Company, ARBY'S FRANCHISOR, LLC, a Delaware Limited Liability Company; and DOES 1-10 inclusive, | |
| Defendants. | |

**STIPULATION TO DISMISS DEFENDANT BERGEY PULLMAN, INC.
WITHOUT PREJUDICE**

TO THE DEFENDANTS BERGEY PULLMAN, INC., MARLU SEA-TAC II, LLC DBA RTM SEA-TAC, LLC AKA RTM SEA-TAC II, LLC, AND ARBY'S FRANCHISOR, LLC, AND THEIR ATTORNEYS OF RECORD:

JOINT STIPULATION AND ORDER TO
DISMISS DEFENDANT BERGEY PULLMAN, INC.
- 1

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
Tacoma, Washington 98406-5338
Tel: (253) 212-7913
Fax: (253) 276-0081
india@indialinbodienlaw.com

1
2
3
4
5
6
7

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Myrriah Richmond, and her counsel of record, hereby give notice that the Defendant Bergey Pullman, Inc. is voluntarily dismissed from the lawsuit, without prejudice. Plaintiffs intend to proceed with their claims against the remaining defendant entities.

8
9
10
11
12
13
14

Dated: October 17, 2018

Respectfully submitted,
/s/Kevin Curtis____
Kevin Curtis, WSBA #12085
Winston & Cashatt
601 W. Riverside Ave. Ste 1900
Spokane, WA 99201-0695
Phone: (509) 838-6131
Fax: (509) 838-1416
kjc@winstoncashatt.com
*Attorney for Defendant Bergey Pullman*

15
16
17
18
19

/s/ India Lin Bodien
India Lin Bodien, WSBA #44898
INDIA LIN BODIEN, ATTORNEY AT LAW
2522 North Proctor Street #387
Tacoma, Washington 98406-5338
Tel: (253) 212-7913
Fax: (253) 276-0081
india@indialinbodienlaw.com

20
21
22
23
24
25
26

Craig J. Ackermann, WSBA #53330
Brian W. Denlinger, WSBA #53177
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@ackermanntilajef.com
bd@ackermanntilajef.com

*Attorneys for Plaintiffs*

27

JOINT STIPULATION AND ORDER TO
DISMISS DEFENDANT BERGEY PULLMAN, INC.
- 2

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
Tacoma, Washington 98406-5338
Tel: (253 212-7913
Fax: (253) 276-0081
india@indialinbodienlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### ORDER TO DISMISS DEFENDANT BERGEY PULLMAN, INC.

Based on the Parties' stipulation, the Court hereby dismisses Defendant

Bergey Pullaman, Inc. without prejudice. Each side shall bear its own attorneys'

fees and costs.

DATED this _____ of _____, 2018.

_____

UNITED STATES DISTRICT JUDGE

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
Tacoma, Washington 98406-5338
Tel: (253) 212-7913
Fax: (253) 276-0081
india@indialinbodienlaw.com

**Proof of Service**

I, Amanda Lutsock, declare under penalty of perjury under the laws of the State of Washington that, on the 17th day of October, 2018, I caused to be delivered to the following addresses a copy of the forgoing stipulation, in the manner indicated below:

| | |
|---|---|
| Kevin Curtis, Esq. | [X] By ECR |
| Winston & Cashatt | [ ] By US MAIL |
| 601 W. Riverside Ave. Ste 1900 | [ ] By Legal Messenger |
| Spokane, WA 99201-0695 | [ ] By Facsimile |
| Phone: (509) 838-6131 | [X] By Email |
| Fax: (509) 838-1416 | |
| kjc@winstoncashatt.com | |
| *Attorney for Defendant* | |

Dated this 17th day of October, 2018, at Tacoma, Washington.

_____
Amanda Lutsock
*Legal Assistant*

JOINT STIPULATION AND ORDER TO
DISMISS DEFENDANT BERGEY PULLMAN, INC.
- 4

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
Tacoma, Washington 98406-5338
Tel: (253) 212-7913
Fax: (253) 276-0081
india@indialinbodienlaw.com