UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MYRRIAH RICHMOND, and RAYMOND ROGERS, individually and on behalf of all others similarly situated, | NO.  2:18-cv-00246-SAB |
| Plaintiffs, | |
| v. | **ORDER CLOSING FILE** |
| MARLU SEA-TAC II, LLC DBA RTM SEA-TAC, LLC AKA RTM SEA-TAC II, LLC, a Washington Limited Liability Company, ARBY'S FRANCHISOR, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Recently, the parties contacted the Court and informed it that they had settled the above-captioned case. Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED:**

1.  Within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

2.  All pending motions are **DENIED** as moot.

//

**ORDER CLOSING FILE** ~ 1

3. The Clerk of the Court is hereby **DIRECTED** to close this file. The parties may negotiate, execute, and file (if necessary) settlement documents. Otherwise, the file shall be subject to reopening upon good cause shown.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 18th day of March 2019.



Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE** ~ 2